UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Olena Kalichenko,

    Plaintiff,

v.

Warden Michael Sepal, *FCI Waseca*; Captain Koch, *FCI Waseca*; and Unit Manager Kopischke, *FCI Waseca*,

    Defendants.

Case No. 24-CV-02426 (JMB/JFD)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty dated July 31, 2024. (Doc. No. 11.) The R&R recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for Kalichenko's failure to prosecute it. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 11) is ADOPTED.

2. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 30, 2024 　　　　　　　　　　　　／s/ *Jeffrey M. Bryan*
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Jeffrey M. Bryan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court